Sam SHIMFESSEL and Nannie May
Shimfessel, Appellants,

v.

James SPARKS, Appellee.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Rehearing Denied April 20, 1973.

D. K. Floyd, John M. Berry, Sr., John M. Berry, Jr., Berry & Floyd, New Castle, for appellants.

William Carter, Carrolton, James F. Thomas, New Castle, for appellee.

Opinion of the Court by Special Commissioner EARL F. MARTIN, Sr., reversing.*

James R. YOCOM etc., Appellant,

v.

Curtis J. GAMBREL et al., Appellees.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Rehearing Denied May 18, 1973.

Gemma M. Harding, Dept. of Labor, Louisville, for appellant.

Stephen C. Cawood, Cole & Cole, Barbourville, James S. Greene, Jr., Harlan, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, reversing.*

James R. YOCOM, Commissioner of Labor
etc., Appellant,

v.

Wiley C. DUNBAR et al., Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Rehearing Denied May 18, 1973.

Gemma M. Harding, Counsel for Special Fund, Dept of Labor, Louisville, for appellant.

Albert W. Spenard, William R. Thomas, Madisonville, James M. Graves, William P. Swain, Boehl Stopher Graves & Deindoerfer, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, reversing.*

* Opinion ordered not to be published.